```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 09360
   SONYA MACKLIN
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-1731


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 05/23/2007 and was not confirmed.

     The case was dismissed without confirmation 07/26/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------
CHASE HOME FINANCE LLC   NOTICE ONLY    NOT FILED              .00           .00
DEUTSCHE BANK NATIONAL T NOTICE ONLY    NOT FILED              .00           .00
DRIVE FINANCIAL SERVICES SECURED NOT I   21208.37              .00           .00
ASSET ACCEPTANCE LLC     UNSECURED        3950.08              .00           .00
ASSET ACCEPTANCE LLC     UNSECURED        1310.50              .00           .00
CHASE HOME FINANCE LLC   CURRENT MORTG        .00              .00           .00
CHASE HOME FINANCE LLC   MORTGAGE ARRE   62271.57              .00           .00
NICOR GAS                UNSECURED      NOT FILED              .00           .00
DEPT OF EDUCATION        UNSECURED      NOT FILED              .00           .00
EMC MORTGAGE CORP        SECURED NOT I        .00              .00           .00
PRO SE DEBTOR            DEBTOR ATTY         .00                             .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                             .00
                          ---------------    ---------------
TOTALS                          .00                       .00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 09360 SONYA MACKLIN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/23/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE